UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER DAVON SCOTT,
    Plaintiff,

v.

W. RAHIMI, et al.,
    Defendants.

Case No. 25-cv-02791-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not filed an amended complaint by the deadline. The order directing him to file an amended complaint was returned as undeliverable, and then resent to him after he updated his address. (Dkt. Nos. 5, 7, 8, 9, and 10.) Plaintiff has not filed any response to the resent order. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by an amended complaint that appears on this Court's form. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** September 17, 2025

_____
RICHARD SEEBORG
Chief United States District Judge